JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR AMARAL, et al., | CASE NO. CV09-5282-AHM (CWx) |
| Plaintiff(s), | ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |
| v. | |
| CLIENT SERVICES, INC., et al., | |
| Defendant(s). | |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 40 days, to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

Date: October 29, 2009

**JS-6**

A. Howard Matz
United States District Court Judge